IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MALIK WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:21-cv-726-JTA |
| ) | |
| C & C FABRICATION, LLC, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. No. 21) filed by the parties on May 18, 2022, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the ORDER, JUDGMENT, and DECREE of the Court that

1. This action is hereby DISMISSED with prejudice.

2. Each party shall bear their own costs.

3. This case is closed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of May, 2022.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE